

**State of Connecticut Judicial Branch**
# Superior Court E-Filing

- E-Services Home
- E-Services Inbox (417)
- Superior Court E-Filing
  - Civil/Family
  - Housing
  - Small Claims
- E-File a New Case
- E-File on an Existing Case
  - By Docket Number
  - By Party Name
  - List My Cases
- Court Events
  - By Date
  - By Juris Number
  - By Docket Number
- Short Calendars
  - Markings Entry
  - Markings History
  - My Short Calendars
  - By Court Location
  - Calendar Notices
- My Shopping Cart (0)
- My E-Filed Items
- Legal Notices
- Pending Foreclosure Sales
- Search By Property Address

**Important Notice Regarding Civil Short Calendar Markings:**

Only those arguable motions marked *take papers* will be considered by the Court at this time.

Arguable motions marked *ready* will be marked off by the Court and must be reclaimed.

We are experiencing issues completing credit card transactions for filers using Safari browsers. At this time, if you are an attorney or firm using Safari as your browser, please either use a different browser or pay by check. Self-represented parties should also use a browser other than Safari if possible or should file any cases or motions which require a fee on paper with the Court Clerk. Thank you for your patience.

**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)   **E-Mail:** clapish@apslaw.com   Logout

HHB-CV20-6060740-S   GRADY, SAMANTHA v. HOME DEPOT U.S.A. INC.

**Prefix/Suffix:** [none]   **Case Type:** T90   **File Date:** 07/10/2020   **Return Date:** 08/11/2020

| Case Detail | Notices | History | Scheduled Court Dates | Help Manual |

To receive an email when there is activity on this case, click here.

**Select Case Activity:** E-File a Pleading or Motion ▾   Go

Information updated as of: 07/29/2020

### Case Information

| | |
|---|---|
| **Case Type:** | T90 - Torts - All other |
| **Court Location:** | New Britain JD |
| **List Type:** | No List Type |
| **Trial List Claim:** | |
| **Last Action Date:** | 07/29/2020 (The "last action date" is the date the information was entered in the system) |

### Disposition Information

| | |
|---|---|
| **Disposition Date:** | |
| **Disposition:** | |
| **Judge or Magistrate:** | |

### Party & Appearance Information

| Party | | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|---|
| P-01 | **SAMANTHA GRADY** | | | Plaintiff | Person |
| | Attorney: WEBER & CARRIER LLP (066587)<br>24 CEDAR STREET<br>NEW BRITAIN, CT 06052 | File Date: 07/10/2020 | | | |
| D-01 | **HOME DEPOT U.S.A. INC.** | | | Defendant | Firm or Corporation |
| | Attorney: CAROLINE BOUSCAREN LAPISH (429909)<br>🔥NEW 175 FEDERAL ST #1000<br>BOSTON, MA 02110 | File Date: 07/29/2020 | | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an *e* in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 07/10/2020 | P | **SUMMONS** | |
| | 07/10/2020 | P | **COMPLAINT** | |
| | 07/29/2020 | D | **APPEARANCE** !NEW<br>Appearance | |
| 100.30 | 07/10/2020 | P | **RETURN OF SERVICE** | No |
| 101.00 | 07/29/2020 | D | **NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT** !NEW | No |

| Scheduled Court Dates as of 07/28/2020 | | | |
|---|---|---|---|
| HHB-CV20-6060740-S - GRADY, SAMANTHA v. HOME DEPOT U.S.A. INC. | | | |
| # Date | Time | Event Description | Status |
| No Events Scheduled | | | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2020, State of Connecticut Judicial Branch

| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on<br>ADA accommodations,<br>contact a court clerk or<br>go to: *www.jud.ct.gov/ADA*. | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>*www.jud.ct.gov*  |

**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>20 Franklin Square, New Britain, CT 06051 | Telephone number of clerk<br>( 860 ) 515 - 5180 | Return Date *(Must be a Tuesday)*<br>08/11/2020 |
|---|---|---|
| [X] Judicial District        G.A.<br>[ ] Housing Session   [ ] Number: | At *(City/Town)*<br>New Britain | Case type code *(See list on page 2)*<br>Major: T        Minor: 90 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Weber and Carrier, LLP, 24 Cedar Street, New Britain, CT 06052 | Juris number *(if attorney or law firm)*<br>066587 |
|---|---|
| Telephone number<br>( 860 ) 225 - 9463 | Signature of plaintiff *(if self-represented)* |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. [X] Yes [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*<br>rweber@webercarrier.com |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Grady, Samantha<br>Address: 1022 Worthington Ridge, Berlin, CT 06037 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Home Depot U.S.A., 2455 Paces Ferry Road, Atlanta, GA 06339<br>Address: Agent for Service: Corporation Service Company, 50 Weston Street, Hartford, CT 06120 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>07/06/2020 | Signed *(Sign and select proper box)* [signature] | [X] Commissioner of Superior Court<br>[ ] Clerk | Name of person signing<br>Robert F. Weber Jr. |
|---|---|---|---|

| If this summons is signed by a Clerk:<br>a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | For Court Use Only<br>File Date |
|---|---|
| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |

| | | |
|---|---|---|
| **RETURN DATE: AUGUST 11, 2020** | : | **SUPERIOR COURT** |
| **SAMANTHA GRADY** | : | **J.D. OF NEW BRITAIN** |
| **V.** | : | **AT NEW BRITAIN** |
| **HOME DEPOT U.S.A. INC.** | : | **JULY 6, 2020** |

## COMPLAINT

1. At all times mentioned herein, the Defendant, HOME DEPOT U.S.A. INC., (hereinafter "Home Depot"), a foreign corporation authorized to conduct business in the State of Connecticut, operated the Home Depot Store #6203 located at 225 Berlin Turnpike in Berlin, Connecticut.

2. At all times mentioned herein, the Defendant owned said premises and through the acts of its agents, servants and/or employees maintained and controlled all the common areas and aisles at the Home Depot Store #6203 for the use by its patrons, customers, and invitees.

3. At all times mentioned herein, the Defendant also had responsibility for the conduct of its employees in its store.

4. On August 3, 2018, at about 10:30 am, the Plaintiff, SAMANTHA GRADY, was at the Defendant's Customer Service desk attempting to return a previously purchased air conditioning unit which she had placed on a large metal cart.

1

5. While the Plaintiff was standing at the customer service desk, one of the Defendant's employees pushed the heavy cart with the air conditioner on it causing a metal wheel under the cart to roll over the Plaintiff's right foot, causing a crush type injury to the bones, nerves, and soft tissues in the foot.

6. The Defendant, HOME DEPOT, through the acts of its employees, was negligent or careless in one or more of the following ways:

   a. In that the employee who moved the cart onto the Plaintiff's foot failed to exercise due care in how she moved the cart to make sure that the Plaintiff was safely out of the path of the cart;

   b. In that the employee who moved the cart onto the Plaintiff's foot failed to warn the Plaintiff that she was about to move said cart;

   c. In that the employee who moved the cart onto the Plaintiff's foot failed to pay attention and be aware of where the Plaintiff was standing before she attempted to move the cart;

   d. In that the Defendant's supervisors or managers failed to adequately train the employee who injured the Plaintiff in regard to responsible conduct when interacting with customers;

2

e. In that the Defendant's supervisors or managers failed to properly train the employee who injured the Plaintiff in regard to safety when moving large or heavy items in close proximity to customers; or

f. In that the Defendant's supervisors or managers failed to adequately monitor or oversee employee conduct and interactions with customers at the Customer Service desk.

7. As a result of the negligence and carelessness of the Defendant's employees or agents, the Plaintiff suffered serious, painful, and permanent injuries to her right foot resulting in the need for extensive medical treatment, including surgery, and further resulting in permanent partial impairment and scarring of the foot.

8. As a further result of the negligence and carelessness of the Defendant's employees or agents, the Plaintiff was forced to incur expenses for medical care and treatment, and may continue to do so in the future.

9. As a further result of the negligence and carelessness of the Defendant's employees or agents, the Plaintiff's ability to engage in her normal daily activities has been severely limited and she was forced to miss substantial periods of time from work, resulting in lost wages.

3

**WHEREFORE**, the Plaintiff claims monetary damages within the jurisdiction of the Court.

The Plaintiff: SAMANTHA GRADY

By _____
Robert F. Weber, Jr., Her Attorney
WEBER & CARRIER, LLP
24 Cedar Street
New Britain, CT 06052
Telephone: (860) 225-9463
Juris No. 066587

WEBER AND CARRIER, LLP • ATTORNEYS AT LAW
24 CEDAR STREET • NEW BRITAIN, CONNECTICUT 06052 • TELEPHONE (860) 225-9463 • FAX (860) 225-3426 • JURIS NO. 06587

4

| | | |
|---|---|---|
| RETURN DATE: AUGUST 11, 2020 | : | SUPERIOR COURT |
| SAMANTHA GRADY | : | J.D. OF NEW BRITAIN |
| V. | : | AT NEW BRITAIN |
| HOME DEPOT U.S.A. INC. | : | JULY 6, 2020 |

## DEMAND FOR RELIEF

1. The Plaintiff in the above-entitled action, SAMANTHA GRADY, claims money damages greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs.

2. The plaintiffs claim costs.

3. The plaintiffs claim any other relief as the Court deems necessary.

The Plaintiff: SAMANTHA GRADY

By _____
Robert F. Weber, Jr., Her Attorney
WEBER & CARRIER, LLP
24 Cedar Street
New Britain, CT 06052
Telephone: (860) 225-9463
Juris No. 066587

5

## OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
                        : SS. HARTFORD                  JULY 7, 2020
COUNTY OF HARTFORD :

Then and by virtue hereof and by direction of the Plaintiff's attorney, I made due and legal service upon the within named Defendant, **HOME DEPOT U.S.A. INC.**, by leaving a verified true and attested copy of the original WRIT SUMMONS-CIVIL, COMPLAINT, DEMAND FOR RELIEF, with CORPORATION SERVICE COMPANY, AGENT FOR SERVICE, who is authorized to accept service for the within named Defendant, at 100 Pearl Street, 17th Floor, Hartford, Connecticut.

The within is the original WRIT SUMMONS-CIVIL, COMPLAINT, DEMAND FOR RELIEF, with my doings thereon endorsed.

ATTEST:

FEES:
SERVICE:           $ 40.00
TRAVEL             15.00
PAGES:             6.00
ENDORSEMENTS:    1.60

TOTAL:            $ 62.60

*Peter W. Smulski*
PETER W. SMULSKI
STATE MARSHAL
HARTFORD COUNTY



# State of Connecticut Judicial Branch
# Superior Court E-Filing

**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)    **E-Mail:** clapish@apslaw.com   Logout

**HHB-CV20-6060740-S**   **GRADY, SAMANTHA v. HOME DEPOT U.S.A. INC.**
**Prefix/Suffix:** [none]   **Case Type:** T90   **File Date:** 07/10/2020   **Return Date:** 08/11/2020

**Hide Instructions**         You have successfully e-filed!

**Instructions:** Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

[ Print ]

### Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** HHB-CV-20-6060740-S
**Case Name:** GRADY, SAMANTHA v. HOME DEPOT U.S.A. INC.
**Type of Transaction:** Appearance
**Date Filed:** Jul 29 2020
**Appearance by:** 429909 CAROLINE BOUSCAREN LAPISH

#### Appearance for this Party(ies)

| Party # | Party Name |
|---|---|
| D-01 | HOME DEPOT U.S.A. INC. |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Jul 29 2020 10:12:41 AM

[ Return to Civil / Family Menu ]

Copyright © 2020, State of Connecticut Judicial Branch

| APPEARANCE | STATE OF CONNECTICUT | Instructions — *See Back/Page 2* |
|---|---|---|
| JD-CL-12 Rev. 1-12<br>P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2 | **SUPERIOR COURT**<br>www.jud.ct.gov | |

**Notice To Self-Represented Parties**
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

**Return date**
Aug-11-2020

**Docket number**
HHB-CV-20-6060740-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
GRADY, SAMANTHA v. HOME DEPOT U.S.A. INC.

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | **Address of Court** *(Number, street, town and zip code)*<br>20 FRANKLIN SQUARE NEW BRITAIN, CT 06051 |

**Scheduled Court date** *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
CAROLINE BOUSCAREN LAPISH

**Juris number of attorney or firm**
429909

**Mailing Address** *(Number, street)* (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)
175 FEDERAL ST #1000

**Post office box**

**Telephone number** *(Area code first)*
6174820600

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| BOSTON | MA | 02110 | 617-482-0604 | clapish@apslaw.com |

**in the case named above for:** *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☒ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☒ No

| Signed *(Individual attorney or self-represented party)*<br>▶ 429909 | Name of person signing at left *(Print or type)*<br>CAROLINE BOUSCAREN LAPISH | Date signed<br>Jul 29 2020 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* Jul 29 2020 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***
WEBER & CARRIER LLP - 24 CEDAR STREET/NEW BRITAIN, CT 06052

*For Court Use Only*

| Signed *(Signature of filer)*<br>▶ 429909 | Print or type name of person signing<br>CAROLINE BOUSCAREN LAPISH | Date signed<br>Jul 29 2020 | Telephone number<br>6174820600 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

7/29/2020
Case 3:20-cv-01075   Document 1-1   Filed 07/29/20   Page 12 of 14
You have successfully e-filed!

# State of Connecticut Judicial Branch
# Superior Court E-Filing



**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)        **E-Mail:** clapish@apslaw.com   Logout

**Hide Instructions**        **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHB-CV-20-6060740-S |
| **Case Name:** | GRADY, SAMANTHA v. HOME DEPOT U.S.A. INC. |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jul-29-2020 |
| **Motion/Pleading by:** | CAROLINE BOUSCAREN LAPISH (429909) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Wednesday, July 29, 2020 10:16:24 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]    [ Return to Case Detail ]

Copyright © 2020, State of Connecticut Judicial Branch

| | | |
|---|---|---|
| SAMANTHA GRADY, | : | HHB-CV20-6060740-S |
| | : | |
| Plaintiff, | : | SUPERIOR COURT |
| | : | JUDICIAL DISTRICT OF NEW BRITAIN |
| v. | : | AT NEW BRITAIN |
| | : | |
| HOME DEPOT U.S.A., INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C.A. § 1446(d), the Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through its undersigned counsel, files herewith a true copy of the Notice of Removal previously filed in the United States District Court for the District of Connecticut, and a true copy of the Notice of Filing of Removal.

Defendant,
HOME DEPOT U.S.A., INC.,
By its Attorney,

 /s/ Caroline B. Lapish
Caroline B. Lapish, Esq., Juris No. 429909
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, Massachusetts 02110
Tel. (617) 482-0600
Fax. (617) 482-0604
Email: clapish@apslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020, I caused a true copy of the foregoing document to be served by regular U.S. mail and e-mail upon the following counsel of record:

Michael A. Carrier, Esq.
Weber and Carrier
24 Cedar Street
New Britain, CT 06052

/s/ *Caroline B. Lapish*
Caroline B. Lapish